IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00447-KS

| | |
|---|---|
| MARCIE MACK, | ) |
|     Plaintiff, | ) |
| vs. | ) ORDER GRANTING<br>) DEFENDANT'S MOTION<br>) TO APPEAR REMOTELY |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | ) BY VIDEO<br>) |
|     Defendant. | ) |

Upon consideration of Defendant's Motion to Appear Remotely by Video for the hearing scheduled for 11:00 a.m. on June 27, 2023, it is hereby ORDERED that Defendant's motion [DE #26] is GRANTED.

SO ORDERED this 26th day of June 2023.

_Kimberly A. Swank_
Kimberly A. Swank
United States Magistrate Judge