UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARCIE MACK, )
        Plaintiff, )
) JUDGMENT
v. )
KILOLO KIJAKAZI, ) No: 5:22-CV-447-KS
Acting Commissioner of Social )
Security, )
        Defendant )

**Decision by Court.**
This case came before the Honorable Kimberly A. Swank, United States Magistrate Judge for consideration.

**IT IS ORDERED, ADJUDGED AND** the court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to the Commissioner for further administrative proceedings and this case is closed.

This Judgment filed and entered on June 26, 2023, with service via CM/ECF Notice of Electronic Filing on:

Derrick Kyle Arrowood, Counsel for Plaintiff

Brittany Johanna Gigliotti, Counsel for Defendant

Kenneth Burden, Counsel for Defendant

Samantha Zeiler, Counsel for Defendant

David N. Mervis, Counsel for Defendant

DATED: June 26, 2023　　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　　　By: /s/ Lisa W. Lee
　　　　　　　　　　　　　　　　　　　　(Deputy Clerk)